**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-80067-CANNON**

UNITED STATES OF AMERICA

v.

MANUAL MENDEZ-DOMINGO,

      Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE OR RE-SET SENTENCING HEARING**

The United States of America, through the undersigned Assistant United States Attorney, hereby files this Unopposed Motion to Continue or Re-Set Sentencing Hearing currently set for August 6, 2026, requesting the sentencing be re-set for either earlier in the week on August 3 – August 5, 2026, or a date other than August 6 or 7, 2026, and states the following in support thereof:

**BACKGROUND**

1.      On April 9, 2026, the defendant was indicted for illegal re-entry after deportation or removal. (DE 1). The defendant appeared for an Initial Appearance on April 22, 2026. DE 6. At that hearing, the defendant qualified for representation by the Federal Public Defender's Office and stipulated to detention. *Id.*

2.      On May 18, 2026, the defendant pled guilty to the sole count of the indictment before the Honorable Magistrate Judge McCabe. DE 20. The Court subsequently set defendant's sentencing hearing for August 6, 2026, at 10:30 a.m. DE 23.

**REQUEST**

3.      The United States respectfully requests that the sentencing hearing set for August 6,

1

2026, be re-set due to the unavailability of counsel of record for the United States. The undersigned will be traveling out of district on August 6, 2026, and will return to the office the morning of August 10, 2026. The United States respectfully requests that the sentencing be re-set for either earlier in the week on August 3 – August 5, 2026, or a date other than August 6 or 7, 2026.

4.      The United States has conferred with Assistant Federal Public Defender Peter Birch who does not oppose the government's request and indicated that to the extent possible, earlier in the week of August 3 – August 5, 2026, would be preferable to the defense. AFPD Birch further advised that if the hearing is set later in August, he has conflicts on August 18 and August 25, 2026.

5.      In the alternative, if preferable to the Court, undersigned counsel can secure coverage for the sentencing hearing on the date currently scheduled.

**WHEREFORE**, the United States respectfully requests that the Court re-set the sentencing hearing currently set for August 6, 2026, to either earlier in the week on August 3 – August 5, 2026, or a date other than August 6, 7, 18, or 25, 2026.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:     */s/ Katie Wilson*

KATIE WILSON
Assistant United States Attorney
Florida Bar No. 1026417
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 209-1043
Fax: (561) 805-9846
Katie.Wilson2@usdoj.gov

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:     /s/ Katie Wilson
KATIE WILSON
Assistant United States Attorney